Ralph J. Monaco, Esq.
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320-1351
Attorneys for Plaintiff, Heather M. Tentoni

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

HEATHER M. TENTONI,          :

             Plaintiff,    :          Civil Action No.
                                     2:08-cv-01976

   v.                           :

VINCENT E. JEFFERS and CON-WAY   :

FREIGHT, INC.,
                       Defendants.   :

---

TO:   LAW OFFICES
       JOHN C. LANE
       The Grace Building
       191 Godwin Avenue
       Wyckoff, New Jersey 07481
       Telephone: (201) 848-6000
       Facsimile: (201) 848-6808
       Attorneys for Defendants
       Vincent E. Jeffers and Con-Way Freight, Inc.
       **Your File: CNF.1739**

## ORDER

The foregoing Motion having been duly heard, it is hereby ORDERED that said Motion be GRANTED.

                                     BY THE COURT:

DATED: MAY 19, 2008              *s/Claire C. Cecchi*

                                   ~~JUDGE / CLERK / ASSISTANT CLERK~~
                                   HON. CLAIRE C. CECCHI, U.S.M.J.

All future discovery disputes shall be raised by letter. No formal discovery motions shall be filed.